<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1129**

———————


In Re: GREGORY T. CHRISTIAN,

                                        Petitioner.


———————

On Petition for Writ of Mandamus.  (CA-01-605-6-25AK)

———————

Submitted:  February 25, 2003          Decided:  March 28, 2003

———————

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Gregory T. Christian, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory T. Christian petitions for a writ of mandamus, alleging the district court has unduly delayed acting on numerous motions and objections concerning his civil rights action against the City of Greenville, South Carolina. He seeks an order from this court directing the district court to act. Because there has been recent significant action in the case, we find there has been no undue delay in the district court. We therefore deny this petition without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2